UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RESILIENT LIFE CARE, LLC,

      Plaintiff,               Case No.  2:22-cv-12392
                                      State Court Case No. 22-000861-NF

-v-

FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN,
and FARM BUREAU MUTUAL INSURANCE COMPANY OF MICHIGAN,

      Defendants.
_____/

| | |
|---|---|
| MARTIN A. HOGG (P76312) | KRISTINA M. MACIONSKI (P75425) |
| Miller & Tishler, P.C. | Zausmer, P.C. |
| Attorney for Plaintiff Resilient | Attorney for Defendant FB Mutual |
| 28470 W. 13 Mile Road, Suite 300 | 32255 Northwestern Highway, Ste 225 |
| Farmington Hills, MI 48334 | Farmington Hills, MI  48334-1574 |
| (248) 945-1040 Fax: (248) 536-5042 | (248) 851-4111 Fax: (248) 851-0100 |
| mhogg@msapc.net | kmacionski@zausmer.com |
| | |
| | JAMES A. CROCKER (P74119) |
| | Kopka Pinkus Dolin |
| | Attorney for Defendant FB General |
| | 190 Monroe Ave NW, Ste 400 |
| | Grand Rapids, MI 49503 |
| | (248) 324-2620 Fax: (248) 324-2610 |
| | jacrocker@kopkalaw.com |

_____/

**NOTICE OF FILING REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

TO:   The United States District Court

{04544976}

Judges of the Above Court

NOW COME, Defendants herein Farm Bureau General Insurance Company of Michigan and Farm Bureau Mutual Insurance Company of Michigan, by and through undersigned attorneys, and pursuant to 28 U.S.C.A. § 1332, 1441, and 1446, herewith files the within Notice of Removal pursuant to said statutes for the following reasons:

1. That on or about July 1, 2022, there filed, and is now pending in the Circuit Court for the County of Washtenaw, State of Michigan, a certain Complaint in civil action bearing Civil Docket No. 22-000861-NF in which Resilient Life Care, LLC is Plaintiff and Farm Bureau General Insurance Company of Michigan and Farm Bureau Mutual Insurance Company of Michigan are Defendants.  (**Exhibit A** - Complaint).

2. That Plaintiff's complaint seeks damages in the amount of Nine Hundred Thirty-Six Thousand and Four Hundred Seventy-Seven ($936,477.00) Dollars.  (**Exhibit A** ¶10)

3. Defendants Farm Bureau General Insurance Company of Michigan and Farm Bureau Mutual Insurance Company of Michigan were served with this Complaint on September 8, 2022, and subsequently the time for removal under 28 § 1446(a) has not passed.  (**Exhibit B** – Notice of Service of Process).

{04544976}

4.      As such, pursuant to 28 U.S.C.A. § 1446(a), 28 U.S.C.A. § 1446(b) and 28 U.S.C.A. § 1446(c) said action is a suit at common law of a civil nature, and the amount claimed, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

5.      Defendants here with show that said action involves a controversy with complete diversity of citizenship between citizens of different states and that Defendants affirmatively state that:

   a. Plaintiff was, at the commencement of this action, is now and ever since has been a corporation duly created and organized by and under the laws of the State of Kentucky with its principal place of business in Kentucky and by virtue of said organization, was and is a resident and citizen of the State of Kentucky.

   b. Your Defendants were, at the commencement of this action, are now and ever since, were corporations duly created and organized by and under the laws of the State of Michigan with their principal place of business in Michigan and by virtue of said organization, were and are residents and citizens of the State of Michigan, and were not and are not corporations created or organized under the laws of the State of Kentucky, and do not have their principal place of business in Kentucky, and were not and are not citizens of the State of Kentucky.

{04544976}

  c. Your Defendants do not have their principal place of business in Kentucky, nor were they citizens of the State of Kentucky at any time material hereto whatsoever. That the principal place of business of Defendants are within the State of Michigan at all times material hereto.

6. That, therefore, this is a controversy between citizens of the State of Kentucky, on the one hand, as corporate Plaintiff, and with complete diversity as to the corporate Defendants, who are citizens of the State of Michigan, and thus, the controversy is wholly between citizens of different states involving a controversy of more than Seventy-Five Thousand Dollars ($75,000.00) and that, with respect to said action, said action is one over which the District Court of the United States has been given original jurisdiction hereunder.

7. That the amount sued for and involved in the controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

8. That a true and correct copy of this Removal has been filed with the Clerk of the Court for the Circuit Court for the County of Washtenaw, State of Michigan, and notice of the filing of the removal has been given to all parties as required by law. (**Exhibit C** – Notice of Removal).

9. That there is filed herewith, and reference is made hereto, and made a part hereof, a true and correct copy of all process and pleadings which have been served upon Defendants in this action.

{04544976}

WHEREFORE, your Defendants, Michigan corporations with their principal place of business in Michigan pray, by undersigned counsel, that they may effect removal of the within action from the Circuit Court for the County of Washtenaw, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

Respectfully submitted,

ZAUSMER, PC

/s/ Kristina M. Macionski
KRISTINA M. MACIONSKI (P75425)
Attorney for Defendant FB Mutual
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
248-851-4111
kmacionski@zausmer.com


KOPKA PINKUS DOLIN

/s/ James A. Crocker (w/permission)
JAMES A. CROCKER (P74119)
Attorney for Defendant FB General
190 Monroe Ave NW, Ste 400
Grand Rapids, MI 49503
(248) 324-2620 Fax: (248) 324-2610
jacrocker@kopkalaw.com

Dated:  October 7, 2022

{04544976}

## **CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing document(s) was/were served upon all parties via first class mail by placing same in envelopes addressed to each of the attorneys of record at their respective addresses as disclosed on these pleadings on October 7, 2022.

/s/ Michelle Krist
Michelle Krist

{04544976}