UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

return copy

RESILIENT LIFE CARE, LLC,

                    Plaintiff(s),

v.                                                Case No. 2:22-cv-12392-VAR-EAS
                                                  Hon. Victoria A. Roberts

Farm Bureau General Insurance
Company of Michigan, et al.,

                    Defendant(s),
_____

**NOTICE OF REMAND**

TO:  WASHTENAW COUNTY CIRCUIT COURT

F I L E D
OCT 3 1 2022
CLERK'S OFFICE
DETROIT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

            Clerk's Office
            U.S. District Court for the Eastern District of Michigan
            231 W. Lafayette Boulevard, 5th Floor
            Detroit, Michigan  48226
            (313) 234-5005

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                    KINIKIA D. ESSIX, CLERK OF COURT


                    By: s/S. Schoenherr
                        Deputy Clerk

Dated:  October 19, 2022

FILED

OCT 2 1 2022

WASHTENAW COUNTY, MI
CLERK OF THE COURT

US POSTAGE ᴹᴬᴿᵀᴵᴺᴱᵞ BOWES

$ 000.49¹

48104
02 4W
0001347287 OCT 25 2022

PRESORTED
FIRST CLASS

U.S. MARSHAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.- ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

USDC MIED
Attn: Clerk's Office
231 W Lafayette Blvd
Detroit, MI 48226

40 JUI-MAB 48226